FILED
2009 Apr-16 PM 03:57
U.S. DISTRICT COURT
N.D. OF ALABAMA

```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF ALABAMA
                     SOUTHERN DIVISION

CARLEE WALKER,                  }
                                }
     Plaintiff,                 }
                                }     CIVIL ACTION NO.
v.                              }     08-AR-2149-S
                                }
DCM SERVICES, LLC,              }
                                }
     Defendant.                 }
```

### ORDER

The court having been informed that the parties in the above-entitled action have reached a settlement, the action is hereby DISMISSED WITH PREJUDICE. The parties shall have **fourteen (14) days** from the date of this order within which to request the substitution of a modified stipulated final judgment. The case is hereby REMOVED from the April 17, 2009, motion docket.

The parties shall bear their own respective costs.

DONE this 16th day of April, 2009.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE